## Metropolitan Life Insurance Company, Appellee, v. Personal Home Mortgage Company, Appellant.

### Gen. No. 41,774.

Heard in second division, first district, this court at June term, 1941; opinion filed November 17, 1942; rehearing denied December 8, 1942. Taylor, Miller, Busch & Boyden, for appellant; John S. Miller, of counsel; Hoyne, O'Connor, Rubinkam & Melaniphy, for appellee; Nathaniel Rubinkam, Leonard S. Schmitz and John C. Melaniphy, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."